IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARL LEE ROBINSON,

    Plaintiff,

v.                                                CASE NO. 1:05-cv-00061-MP-AK

JOHN R, BOSTICK, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 8, Report and Recommendations of the Magistrate Judge, recommending that Doc. 1, Plaintiff's civil rights claim under 42 U.S.C. § 1983 be dismissed without prejudice for failure to prosecute. The report was signed by the Magistrate on August 31, 2005. A copy of the report was mailed to the Plaintiff, but was returned to the Court as non-deliverable. Subsequent communication with the Alachua County Detention Center revealed that Plaintiff is no longer in custody. The Plaintiff has not provided any forwarding address information.

Therefore, having considered the Report and Recommendation, as well as Plaintiff's failure to keep the Court informed of his current address, I have determined that the Report and Recommendation should be ADOPTED.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this  *14th* day of September, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge